PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Khalil Tirik Shabazz
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

Major Banks      v. Capt Littrel
Sherriff Miller
Srgt. Smith
(Enter above full name of defendant or defendants.)

Case No. 1:25-CV-32-MR

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
   1. Parties to previous lawsuits:
      Plaintiffs: _____

      Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket number: _____

   4. Name of presiding judge: _____

   5. Disposition (for example, was the dismissed? Appealed? Is it still pending?) _____

   6. Approximate date of case filing: _____



II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

  A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
   Yes ( ) No (✓)
   1. Name the court and docket number for each:
   _____
   _____

  B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
   Yes ( ) No ( )
   1. If yes, how many?
   _____

   2. Name the court and docket number for each action:
   _____
   _____

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

  A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
   Yes (X) / No (✓)

  B. If your answer is Yes:
   1. When did you file your grievance?
   _____

   2. What was your grievance?
   _____
   _____

   3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (X) No (✓)

   If yes, when was the decision and what was the result?
   _____
   _____
   _____

  C. If your answer to A is no, identify the claim(s) and explain why not:
   We left the Jail before I Could file it and never returned to BCDF
   _____
   _____
   _____

IV. PARTIES
A. Plaintiff's Name: _____
Address/Place of Confinement: _____

B. Defendant(s)

Name of Defendant 1: Officer Banks
Position: Jail major
Place of Employment: Buncombe County Detention facility
Current Address: 20 Davison Dr Asheville N.C 28801

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: Officer Smith
Jail Sargent
Buncombe County Detention facility B.C.D.F.
20 Davison Dr Asheville N.C 28801

Defendant 3: Officer lettrel
Captian
Buncombe County Detention facility B.C.D.F
20 Davison Dr Asheville N.C 28801

Defendant 4: Sheriff miller
Sheriff
Buncombe County Detention facility B.C.D.F
20 Davison Dr Asheville N.C 28801

(Continue on separate sheet if necessary.)

V. STATEMENT OF CLAIM

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

See Attachment

From aproximately Sept 27, 2024 through Oct 6, 2024 me and the B.C.D.F. detainees had to indure unreasonable hazardous humiliating dehumanizing times while in our cells. I was forced to live in a cell with feces covered floors. I was made to doficate in small bathroom sized trash bags; no gloves were provided. Toielts were regurgitating from the attemp to flush the toielts with bucket water, which had a opposite effect only causing the specia to spill on the floors. Bags of body waste were stored in the cells corner for days which leaked. We only recieved bags two days after water stopped working. The other detainees and I were fed in the cells. It was very difficult to eat morning breakfas Two boiled eggs and a milk. For lunch was cheese on bread, one bottled water, and a pack of crackers. It was very hard to eat because the cells were fumigstead with feces and urine to the point me and others eyes were burning, and couldn't escape t view or the stench of human waste. I dont know what diseases may duvelope in the future due to exposure of other people's raw sewage. A few days before we left we were allowed to use the out door restrooms a 1:00am only. Officer Sgt. Smith of the B.C.D.F. would tell us that everything would be back to normal tomorrow, but tomorrow never came. He also would refuse to let inmates use the outside restrooms when asked even though our conditions had worsened. When U.S Marshalls got wind of our conditions of our confinement they sprung into action and we were moved to a better location, and explained that we would have been moved days earlier if not been for the jail officials Sherrif Miller, Mayor Ban and Littrel misrepresenting our conditions, which bring me to the jail officials that weve asked by family, lawyers, and friends about our well being, which were lied to by telling my mother that I was just fine. When she asked were there running water at the jail she was told that it was when it wasn't. The Asheville community took to the BCDF social media account where I included the copies of the questions and respondes shown first hand that the jail

was not fourth coming at all and was lying to the public misleading the community and lack of transparency was given. I am aware that everyone in the WNC has been affected by Storm Helene in someway or another. It was disasterous to the Asheville community, however were advised by our local news team throughout the community of Helene's expected outcome and was headed our way. The BCDF officials were out right gross negligent while no one is to blame for a natural occurrence, but the people that have an obligation to take care of the detainees has failed and it seems no one is being accountable. For instance no preventive measures were taken by Sheriff Miller, Mayor Banks, Capt. Littrel, or Sgt. Smith. My dog was in better care then I was in fact, Buncombe County Detention Facility treated me and other detainees as we were animals more like dogs in Kennels only worse by staff and the jail administration. One of the most important cases for pretrial detainees is [Bell v. Wolfish] 441 U.S. 520 (1979) which challenge to the conditions of confinement in jail. One legal result of this is that jail conditions for pretrail detainees are reviewed by courts under the fifth Admendment Prohibition of Cruel and Unusual punishment. Also in [Taylor v. Riojas] 141 S. Ct. 52 (2020) the Supreme court ruled that holding a inmate in a cell covered in feces even for a few days violated clearly established constitutional rights, such that money damages were available. In [Womble v. Chrisman] 770 F. App't 918. 925 (10th Cir) (2019) Unsanitary conditions denial of clean toielts and showers.

## VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

My Constitutional rights was violated by the lack of care. I get headach daily now and I was punished for not being able to take care of myself I was punished at the hands of someone that made a choice to do so no-one should had to induve what me and the other men and women went through at Buncombe County Jail so sunk $200,000 and that the jail make new policies that prevent this from happening again to make some protocal and put them in place with a real plan as to how and what to do for the detainees incase of disaster in the future

Date: 1-26-25   Signature: Khalid Shahapp
Prison ID #: 74575