# United States District Court
## Western District of North Carolina
### Asheville Division

|  |  |  |
|---|---|---|
| Khalil Tirik Shabazz**,** | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff, | ) | 1:25-cv-00032-MR |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
|  | ) |  |
| FNU Banks, et al | ) |  |
|  | ) |  |
| Defendants. | ) |  |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 23, 2025 Order.

June 23, 2025

Katherine Hord Simon, Clerk
United States District Court